UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>            Plaintiff,<br>v.<br><br>THE BLACK & DECKER CORPORATION, BLACK & DECKER INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART, INC.,<br><br>            Defendants. | C.A. No. 1:04-CV-10676-DPW |

## STIPULATION OF DISMISSAL
(Pennsylvania Benzene)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that all claims and counterclaims in the captioned action are hereby dismissed, with prejudice, without costs, and with all rights of appeal waived.

|  |  |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY | Respectfully submitted,<br><br>THE BLACK & DECKER CORPORATION, ET ALS. |
| By its Attorneys, | By their Attorneys, |
| _____<br>Ralph T. Lepore, III (BBO #294420)<br>HOLLAND & KNIGHT LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>(617) 523-2700 | _____<br>Jack R. Pirozzolo (BBO #400400)<br>Richard L. Binder (BBO #043240)<br>WILLCOX, PIROZZOLO & MCCARTHY<br>Professional Corporation<br>50 Federal Street<br>Boston, Massachusetts 02110<br>(617) 482-5470 |

Dated: March 24, 2005

# 2589414_v1

I hereby certify under the pains and penalties of perjury that this document was served upon counsel for all parties in this case on
3-24-05 By Hand / By Mail

- 2 -